```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MICHAEL CARTER, individually and behalf of all                    :
others similarly situated,                                        :      1:20-cv-01576 (LJL)
SHIVA STEIN,                                                      :      1:20-cv-01010 (LJL)
JAMES LIN,                                                        :      1:20-cv-01277 (LJL)
KIMBERLY ROBINSON,                                                :      1:20-cv-01380 (LJL)
                                                                  :
                        Plaintiffs,                               :
                                                                  :      ORDER
        -v-                                                       :
                                                                  :
TELARIA, INC. ET AL,                                              :
                                                                  :
                        Defendants.                    X
------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

LEWIS J. LIMAN, United States District Judge:

    These cases have all been assigned to the Court due to their relatedness.

    For convenience, expedition, and judicial economy, the Court intends to consolidate them into a single action. *See* Federal Rule of Civil Procedure 42(a)(2); *Garber v. Randell*, 477 F.2d 711, 714 (2d Cir. 1973) ("[C]onsolidation of stockholders' suits during pretrial stages pursuant to [Rule 42] may benefit both the court and the parties by expediting pretrial proceedings, avoiding duplication and harassment of parties and witnesses, and minimizing expenditure of time and money by all persons concerned."); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d Cir. 1990) (noting that district courts have "broad discretion to determine whether consolidation is appropriate" and that "courts have taken the view that considerations of judicial economy favor consolidation").

    IT IS HEREBY ORDERED that any party objecting to consolidation shall file a letter on ECF, not to exceed two pages, by March 4, 2020 at 5:00 p.m.

    IT IS FURTHER ORDERED that the deadline for Defendants to answer or move to dismiss any Complaint is ADJOURNED pending further order from the Court.

    Finally, IT IS HEREBY ORDERED that, in lieu of the previously-ordered Case Management Plan and Scheduling Order, the parties shall confer and submit a proposed plan and schedule for the filing of lead plaintiff motions, a consolidated amended complaint, and briefing on an anticipated Motion to Dismiss the consolidated amended complaint.

    The Initial Pretrial Conference set for April 2, 2020 at 10:15 a.m. will proceed as scheduled.

SO ORDERED.

Dated: March 2, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge