UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SHIVA STEIN;
JAMES LIN;
KIMBERLY ROBINSON;
MICHAEL CARTER, *individually and behalf of all others similarly situated*;
YONGWEN WU;

                Plaintiffs,

    -v-

TELARIA, INC. ET AL,

                Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

20-cv-01010 (LJL)
20-cv-01277 (LJL)
20-cv-01380 (LJL)
20-cv-01576 (LJL)
20-cv-01790 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

    The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-01010, and to close all other cases. **Counsel are directed to make filings only under case number 20-cv-01010.**

    SO ORDERED.

Dated: March 5, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge