UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020___

------------------------------------------------------------------------X

SHIVA STEIN;                                              :
JAMES LIN;                                                :
KIMBERLY ROBINSON;                                        :        20-cv-01010 (LJL)
MICHAEL CARTER, *individually and behalf of all*          :        20-cv-01277 (LJL)
*others similarly situated*;                              :        20-cv-01380 (LJL)
YONGWEN WU;                                               :        20-cv-01576 (LJL)
                                     Plaintiffs,          :        20-cv-01790 (LJL)
          -v-                                             :
                                                          :               ORDER
TELARIA, INC. ET AL,                                      :
                                                          :
                                     Defendants.          :
                                                          :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     In light of the public health crisis, the Initial Pretrial Conference set for April 2, 2020 at
10:15 a.m. will proceed telephonically. All counsel are directed to call (888) 251-2909 and use
Access Code 2123101.


     SO ORDERED.


Dated: March 19, 2020                      _____
       New York, New York                            LEWIS J. LIMAN
                                                 United States District Judge