```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SHIVA STEIN;                                          :
JAMES LIN;                                            :
KIMBERLY ROBINSON;                                    :       20-cv-01010 (LJL)
MICHAEL CARTER, individually and behalf of all        :       20-cv-01277 (LJL)
others similarly situated;                            :       20-cv-01380 (LJL)
YONGWEN WU;                                           :       20-cv-01576 (LJL)
                         Plaintiffs,                  :       20-cv-01790 (LJL)
        -v-                                           :
                                                      :            ORDER
TELARIA, INC. ET AL,                                  :
                                                      :
                         Defendants.                  :
                                                      :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that all parties remaining in this consolidated action shall submit a joint letter no later than June 19, 2020 indicating the status of the case and a proposed schedule for further proceedings.

    SO ORDERED.

Dated: May 5, 2020
       New York, New York

                                      LEWIS J. LIMAN
                              United States District Judge